**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED CHARLES WHITAKER III,<br><br>　　　Plaintiff<br><br>v.<br><br>GAUGHAN SOUTH LLC,<br><br>　　　Defendant | Case No.: 2:24-cv-00744-APG-DJA<br><br>**Order Remanding Case to State Court** |

　　　Gaughan South LLC removed this case from state court. ECF No. 1. Subsequently, Gaughan filed a notice of voluntary dismissal, "to proceed to state court." ECF No. 5. I will treat that as a request to remand this case, which I will approve.

　　　I ORDER that this case is remanded to the state court from which it was removed. The clerk of the court is directed to close this case.

　　　DATED this 19th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE